In the Matter of the Claim of THEODORE ANDERSON, Respondent, against JARRETT-CHAMBERS COMPANY, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — resident of New York, hired in New York by New York corporation having control office in New York, to work on job in New Jersey — jurisdiction of New York Industrial Commission to award compensation for injury in course of employment.*

*Anderson* v. *Jarrett-Chambers Co., Inc.,* 215 App. Div. 742, affirmed. (Argued March 29, 1926; decided April 7, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 11, 1925, affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant, a resident of Brooklyn, was hired in New York by the Jarrett-Chambers Company, which was incorporated under the laws of the State of New York and had its offices of control in New York city, to work on a job in New Jersey. In the course of his employment he was injured and the question was whether the Industrial Commission of the State of New York had jurisdiction to award compensation therefor.

*William B. Davis* and *E. C. Sherwood* for appellants.

*Albert Ottinger,* Attorney-General (*E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

J. HERMON MCLEAR, Appellant, *v.* JOSEPH BALMAT et al., Defendants, NORTHERN ORE COMPANY, Respondent, and SYLVIA LAKE COMPANY, INC., et al., Appellants.

(Submitted April 5, 1926; decided April 7, 1926.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 238 N. Y. 568, 614; 239 N. Y. 540.)